| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Immaculate Detail LLC |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number: | 3:26-bk-03016-EPB |

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11 12/17

Month: **September 2026** Date report filed: ____________ MM/DD/YYYY

Line of business: **Automotive Detailing** NAISC code: ____________

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: **Jonathan Duff**

Original signature of responsible party [signature]

Printed name of responsible party **Jonathan Duff**

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| **If you answer No to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | Yes | No | N/A |
|---|---|---|---|
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

| **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | Yes | No | N/A |
|---|---|---|---|
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ **80,070.41**
This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**
Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ **72,568.70**

21. **Total cash disbursements**
Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstandingchecks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ **52,733.95**

22. **Net case flow** + $ **19,834.75**
Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here. = $ **99,905.16**

Report this figure as *the cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ **0.00**
*(Exhibit E)*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ **1,459.28**
*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? **5**

27. What is the number of employees as of the date of this monthly report? **5**

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ **4,000.00**

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ **15,080.00**

30. How much have you paid this month in other professional fees? $ **0.00**

31. How much have you paid in total other professional fees since filing the case? $ **0.00**

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | - | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|---|
| 32. | **Cash receipts** | $ **64,000.00** | - | $ **72,568.70** | | $ **8,568.70** |
| 33. | **Cash disbursements** | $ **61,467.00** | - | $ **52,722.95** | | $ **8,733.05** |
| 34. | **Net cash flow** | $ **2,533.00** | - | $ **19,834.75** | | $ **17,301.75** |

35. Total projected cash receipts for the next month: $ **64,000.00**

36. Total projected cash disbursements for the next month: - $ **61,467.00**

37. Total projected net cash flow for the next month: = $ **2,533.00**

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

# EXHIBIT C

# IMMACULATE DETAIL LLC

Cash Receipts
September 2026

| Date | Transaction type | Num | Name | Amount | Split |
|---|---|---|---|---|---|
| 09/01/2026 | Deposit | | PNC Bank | 101.38 | Interest Income |
| 09/02/2026 | Deposit | | BankCard | 200.00 | 40000 Sales |
| 09/02/2026 | Deposit | | | 259.80 | 40000 Sales |
| 09/03/2026 | Deposit | | BankCard | 937.69 | 40000 Sales |
| 09/04/2026 | Deposit | | | 242.45 | 40000 Sales |
| 09/07/2026 | Deposit | | | 11,816.60 | 40000 Sales |
| 09/08/2026 | Deposit | | BankCard | 1,203.85 | 40000 Sales |
| 09/09/2026 | Deposit | | | 2,239.00 | 40000 Sales |
| 09/09/2026 | Deposit | | BankCard | 1,798.08 | 40000 Sales |
| 09/09/2026 | Deposit | | | 550.00 | 40000 Sales |
| 09/09/2026 | Deposit | | | 300.00 | 40000 Sales |
| 09/09/2026 | Deposit | | PNC Bank | 3.00 | 60100 Bank Charges & Fees |
| 09/09/2026 | Deposit | | PNC Bank | 3.00 | 60100 Bank Charges & Fees |
| 09/10/2026 | Deposit | | | 663.81 | 40000 Sales |
| 09/10/2026 | Deposit | | BankCard | 107.69 | 40000 Sales |
| 09/11/2026 | Deposit | | | 7,072.00 | 40000 Sales |
| 09/11/2026 | Deposit | | BankCard | 1,348.08 | 40000 Sales |
| 09/11/2026 | Deposit | | | 600.00 | 40000 Sales |
| 09/13/2026 | Deposit | | | 390.22 | 40000 Sales |
| 09/14/2026 | Deposit | | BankCard | 3,388.08 | 40000 Sales |
| 09/16/2026 | Deposit | | | 3,665.00 | 40000 Sales |
| 09/16/2026 | Deposit | | | 626.28 | 40000 Sales |
| 09/16/2026 | Deposit | | BankCard | 408.65 | 40000 Sales |
| 09/17/2026 | Deposit | | | 2,198.00 | 40000 Sales |
| 09/17/2026 | Deposit | | BankCard | 2,087.50 | 40000 Sales |
| 09/18/2026 | Deposit | | | 6,517.00 | 40000 Sales |
| 09/18/2026 | Deposit | | BankCard | 539.42 | 40000 Sales |
| 09/21/2026 | Deposit | | | 1,092.40 | 40000 Sales |
| 09/21/2026 | Deposit | | | 1,995.00 | 40000 Sales |
| 09/21/2026 | Deposit | | BankCard | 1,986.16 | 40000 Sales |
| 09/23/2026 | Deposit | | | 649.00 | 40000 Sales |
| 09/23/2026 | Deposit | | | 480.00 | 40000 Sales |
| 09/23/2026 | Deposit | | BankCard | 206.00 | 40000 Sales |
| 09/24/2026 | Deposit | | BankCard | 547.69 | 40000 Sales |
| 09/25/2026 | Deposit | | BankCard | 275.00 | 40000 Sales |
| 09/28/2026 | Deposit | | | 7,182.76 | 40000 Sales |
| 09/28/2026 | Deposit | | BankCard | 3,580.43 | 40000 Sales |
| 09/29/2026 | Deposit | | BankCard | 1,385.08 | 40000 Sales |
| 09/30/2026 | Deposit | | | 2,172.60 | 40000 Sales |
| 09/30/2026 | Deposit | | | 1,350.00 | 40000 Sales |
| 09/30/2026 | Deposit | | | 400.00 | 40000 Sales |
| **TOTAL** | | | | **$72,568.70** | |

# EXHIBIT D

# IMMACULATE DETAIL LLC

Cash Disbursements

September 2026

| Date | Transaction type | Num | Name | Amount |
|---|---|---|---|---|
| 09/01/2026 | Expense | | CallTeks Inc. | -39.99 |
| 09/01/2026 | Expense | | BankCard | -225.34 |
| 09/01/2026 | Expense | | PNC Bank | -3.30 |
| 09/02/2026 | Expense | | Optemyz | -25.00 |
| 09/02/2026 | Expense | | AZCOM LLC | -3,615.67 |
| 09/02/2026 | Expense | | AZCOM LLC | -1,966.51 |
| 09/03/2026 | Expense | | Puretec Industrial Water | -182.78 |
| 09/03/2026 | Expense | | Tesla | -75.94 |
| 09/04/2026 | Expense | | Optemyz | -1,589.00 |
| 09/04/2026 | Expense | | Frys | -21.71 |
| 09/04/2026 | Expense | | Optemyz | -25.00 |
| 09/04/2026 | Expense | | Amazon | -120.20 |
| 09/07/2026 | Expense | | Optemyz | -25.00 |
| 09/07/2026 | Expense | | Amazon | -43.68 |
| 09/08/2026 | Expense | | Ceramic Pro | -1,373.09 |
| 09/08/2026 | Payment | | Jason Hutman | 257.52 |
| 09/08/2026 | Payment | | Jason Hutman | 300.44 |
| 09/08/2026 | Payment | | Jason Hutman | 300.44 |
| 09/08/2026 | Payment | | Jason Hutman | 171.68 |
| 09/08/2026 | Payment | | Jason Hutman | 42.92 |
| 09/08/2026 | Payment | | Jason Hutman | 429.20 |
| 09/08/2026 | Payment | | Jason Hutman | 429.20 |
| 09/08/2026 | Expense | | Square | -18.36 |
| 09/08/2026 | Expense | | UNS | -95.07 |
| 09/08/2026 | Expense | | Google | -244.29 |
| 09/08/2026 | Expense | | Quench | -51.28 |
| 09/08/2026 | Expense | | Google | -551.34 |
| 09/08/2026 | Expense | | Crexendo | -29.42 |
| 09/09/2026 | Expense | | Optemyz | -25.00 |
| 09/09/2026 | Expense | | Tools Factory Outlet | -56.99 |
| 09/09/2026 | Expense | | SparkLight | -131.91 |
| 09/09/2026 | Expense | | Bank of America | -857.28 |
| 09/09/2026 | Expense | | Edge Tax and Accounting, LLC | -770.00 |
| 09/09/2026 | Expense | | LT Trust | -396.09 |
| 09/10/2026 | Expense | | FedEx | -19.24 |
| 09/10/2026 | Expense | | Amazon | -21.51 |
| 09/10/2026 | Expense | | Optemyz | -25.00 |
| 09/10/2026 | Expense | | Twin Lakes | -59.09 |
| 09/11/2026 | Payroll Check | DD | Brian A. Valle | -2,518.23 |
| 09/11/2026 | Payroll Check | DD | Jonathan E. Duff | -2,633.33 |
| 09/11/2026 | Payroll Check | DD | Gabriel Bullock (1) | -1,815.98 |
| 09/11/2026 | Payroll Check | DD | Matthew E. Gastelum | -1,893.62 |
| 09/11/2026 | Payroll Check | DD | William Grafsky | -1,517.49 |
| 09/11/2026 | Tax Payment | | Intuit QuickBooks Workforce | -3,530.22 |

# IMMACULATE DETAIL LLC

Cash Disbursements
September 2026

| Date | Transaction type | Num | Name | Amount |
|---|---|---|---|---|
| 09/11/2026 | Expense | | Clover | -45.48 |
| 09/11/2026 | Expense | | Ceramic Pro | -1,014.57 |
| 09/11/2026 | Expense | | Ceramic Pro | -34.96 |
| 09/11/2026 | Expense | | Amazon | -87.39 |
| 09/11/2026 | Expense | | Downtown Paint & Body | -609.28 |
| 09/12/2026 | Expense | | Amazon | -77.64 |
| 09/14/2026 | Expense | | Detail Edima | -155.95 |
| 09/14/2026 | Expense | | Optemyz | -25.00 |
| 09/14/2026 | Payment | | Jason Hutman | 386.28 |
| 09/14/2026 | Expense | | Attune Insurance | -326.00 |
| 09/14/2026 | Check | 184 | Ellett Law Office | -1,000.00 |
| 09/14/2026 | Check | 182 | Ellett Law Office | -3,000.00 |
| 09/15/2026 | Expense | | High Desert | -495.00 |
| 09/16/2026 | Expense | | Optemyz | -25.00 |
| 09/17/2026 | Expense | | Pekin Insurance | -346.67 |
| 09/18/2026 | Expense | | Optemyz | -25.00 |
| 09/21/2026 | Expense | | Ceramic Pro | -345.99 |
| 09/22/2026 | Payment | | Jason Hutman | 128.76 |
| 09/22/2026 | Expense | | Optemyz | -25.00 |
| 09/23/2026 | Expense | | LT Trust | -379.85 |
| 09/23/2026 | Expense | | Square | -15.00 |
| 09/23/2026 | Expense | | Optemyz | -25.00 |
| 09/25/2026 | Payroll Check | DD | Matthew E. Gastelum | -1,893.61 |
| 09/25/2026 | Payroll Check | DD | Brian A. Valle | -3,136.24 |
| 09/25/2026 | Payroll Check | DD | William Grafsky | -1,368.38 |
| 09/25/2026 | Payroll Check | DD | Jonathan E. Duff | -2,633.33 |
| 09/25/2026 | Payroll Check | DD | Gabriel Bullock (1) | -1,765.79 |
| 09/25/2026 | Tax Payment | | Intuit QuickBooks Workforce | -3,792.76 |
| 09/25/2026 | Expense | | Frys | -57.04 |
| 09/25/2026 | Expense | | Optemyz | -25.00 |
| 09/25/2026 | Expense | | Amazon | -109.29 |
| 09/25/2026 | Expense | | Ceramic Pro | -1,194.38 |
| 09/26/2026 | Expense | | Maria Olivarria | -350.00 |
| 09/26/2026 | Expense | | Eastman Firms | -655.80 |
| 09/27/2026 | Expense | | Amazon | -34.97 |
| 09/28/2026 | Expense | | Lowe’s | -217.51 |
| 09/28/2026 | Expense | | Google | -2,000.00 |
| 09/28/2026 | Expense | | Amazon | -110.73 |
| 09/29/2026 | Expense | | APS | -882.99 |
| 09/29/2026 | Expense | | Optemyz | -25.00 |
| 09/30/2026 | Check | 354 | Prescott Wraps | -220.00 |
| 09/30/2026 | Expense | | Walmart Supercenter | -16.33 |
| 09/30/2026 | Expense | | Maverik | -39.51 |
| **TOTAL** | | | | **-$52,733.95** |

# IMMACULATE DETAIL LLC

Cash Disbursements

September 2026

# EXHIBIT F

# IMMACULATE DETAIL LLC

Accounts Receivable

As of Sep 30, 2026

| Date | Transaction type | Num | Term | Division full name | Due date | Open balance |
|---|---|---|---|---|---|---|
| Jason Hutman | | | | | | |
| 08/06/2026 | Invoice | 2496 | Due on receipt | | 08/06/2026 | 343.36 |
| 08/19/2026 | Invoice | 2497 | Due on receipt | | 08/19/2026 | 472.12 |
| 09/10/2026 | Invoice | 2498 | Due on receipt | | 09/10/2026 | 472.12 |
| 09/16/2026 | Invoice | 2499 | Due on receipt | | 09/16/2026 | 171.68 |
| **Total for Jason Hutman** | | | | | | **$1,459.28** |
| **TOTAL** | | | | | | **$1,459.28** |

# Financial Statements

# IMMACULATE DETAIL LLC

Profit and Loss

September 2026

| | Total |
|---|---|
| Income | |
| 40000 Sales | 73,105.12 |
| **Total for Income** | **$73,105.12** |
| Cost of Goods Sold | |
| 50100 Supplies & Materials | 5,531.30 |
| 50500 Field labor | 19,856.06 |
| 50750 Field Labor Payroll Taxes | 1,518.98 |
| Cost of Goods Sold | |
| 50775 Shipping, Freight & Delivery | 19.24 |
| 50850 Small Tools & Equipment | 56.99 |
| 50900 Subcontractors | 1,179.28 |
| **Total for Cost of Goods Sold** | **$1,255.51** |
| Field Vehicle Expenses | |
| 50800 Vehicle Fuel | 177.35 |
| 50810 Vehicle Repairs & Maint | 75.94 |
| **Total for Field Vehicle Expenses** | **$253.29** |
| **Total for Cost of Goods Sold** | **$28,415.14** |
| **Gross Profit** | **$44,689.98** |
| Expenses | |
| 60000 Advertising & Marketing | 4,840.58 |
| 60100 Bank Charges & Fees | -2.70 |
| 60150 Insurance | 672.67 |
| 60200 Interest Paid | 77.95 |
| 60250 Legal & Professional Services | 1,275.80 |
| 60255 Bankruptcy Fees | 4,150.00 |
| 60350 Office Expenses & Software | 118.83 |
| 60380 401(k) Match Contributions | 149.08 |
| 60400 Rent & Lease | 5,582.18 |
| 60500 Shareholder Payroll Taxes | 550.80 |
| 60550 Shareholders Salary | 7,200.00 |
| 60775 Merchant Payments Fees | 225.34 |
| Utilities | |
| 60750 Gas & Electric | 978.06 |
| 60760 Internet | 131.91 |
| 60770 Phone | 29.42 |
| **Total for Utilities** | **$1,139.39** |
| **Total for Expenses** | **$25,979.92** |
| **Net Operating Income** | **$18,710.06** |
| Other Income | |
| Interest Income | 101.38 |
| **Total for Other Income** | **$101.38** |
| **Net Other Income** | **$101.38** |
| **Net Income** | **$18,811.44** |

# Business Checking Plus

PNC Bank

PNC BANK
PO Box 609
Pittsburgh, PA 15230-9738

**For the Period 09/01/2026 to 09/30/2026**

Primary Account Number: XX-XXXX-4095

Number of enclosures: 0

IMMACULATE DETAIL LLC CASE #26-03016
DEBTOR IN POSSESSION
STE 2
6720 CORSAIR AVE
PRESCOTT AZ 86301

PNC Online Banking is an easy and convenient way to manage your cash flow 24 hours a day, 7 days a week. Enroll in Online Banking by visiting PNC.com/Enroll.

For customer service call 1-877-287-2654
PNC accepts Telecommunications Relay Service (TRS) calls.
Para servicio en espanol, 1-877-287-2654

**Moving?** Please contact your local branch

PO Box 609
Pittsburgh, PA 15230-9738
Visit us at PNC.com/smallbusiness

IMPORTANT DEPOSIT TRANSACTION INFORMATION

Effective November 9, 2026, PNC will update the process for over-the-counter cash deposits of $1,000 or more into PNC Business deposit accounts. Depositors on behalf of a business will first be asked to authenticate as a PNC customer. If a relationship with PNC cannot be verified, the depositor will be required to provide valid identification, name, date of birth, and address before the deposit can be processed.

Businesses that frequently conduct cash deposits may wish to discuss alternative deposit solutions with their banker. For more information, visit your local PNC branch or contact the Business Banking Customer Care Team, your Treasury Advisor, Relationship Manager or Treasury Management Client Care.

Business Banking Customers call 1-877-BUS-BNKG (287-2654)

Treasury Management Clients call 1-800-669-1518

IMPORTANT ACCOUNT INFORMATION

Effective October 1, 2026, charges for Branch Initiated Wire services will be reduced.

The updated fees are as follows:

>Outgoing Domestic: Decreasing from $95 per item to $50 per item
>Outgoing Book Transfer: Decreasing from $70 per item to $50 per item
>Outgoing International Same Currency: Decreasing from $135 per item to $65 per item
>Outgoing International Cross Currency: Decreasing from $110 per item to $65 per item

IMPORTANT ACCOUNT INFORMATION

Effective January 1, 2027, charges for Treasury Management services including PINACLE and/or Online Banking, services such as electronic payments and wires, receiving incoming payments, fraud solutions and reporting tools may change. Your service charges and any changes are based on the combination of solutions for your account(s).

Please look at your statements for your services and fees and contact your Treasury Advisor or Relationship Manager if you would like to review the changes applicable to your account.

## Business Checking Plus Summary

Account number: XX-XXXX-4095

IMMACULATE DETAIL LLC CASE #26-03016
DEBTOR IN POSSESSION

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 19,236.65 | 80,910.76 | 83,760.60 | 16,386.81 |

| Average ledger balance | Average collected balance |
|---|---|
| 15,628.89 | 11,963.72 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 300.00 |
| ATM Deposits and Additions | 15 | 49,272.04 |
| ACH Additions | 22 | 25,335.72 |
| Other Additions | 2 | 6,003.00 |
| Total | 40 | 80,910.76 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 3 | 4,220.00 |
| Debit Card Purchases | 18 | 6,387.54 |
| POS Purchases | 6 | 518.68 |
| ATM/Misc. Debit Card Transactions | 14 | 333.36 |
| ACH Deductions | 20 | 14,301.02 |
| Other Deductions | 8 | 58,000.00 |
| Total | 69 | 83,760.60 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 09/01 | 18,946.32 | 09/11 | 19,154.93 | 09/22 | 9,995.23 |
| 09/02 | 13,823.94 | 09/14 | 11,169.67 | 09/23 | 11,305.23 |
| 09/03 | 14,477.91 | 09/15 | 10,988.72 | 09/24 | 11,812.92 |
| 09/04 | 13,109.65 | 09/16 | 10,193.65 | 09/25 | 12,030.88 |
| 09/08 | 21,996.42 | 09/17 | 14,107.48 | 09/28 | 18,424.63 |
| 09/09 | 23,615.66 | 09/18 | 21,163.90 | 09/29 | 18,709.21 |
| 09/10 | 14,305.17 | 09/21 | 19,120.06 | 09/30 | 16,386.81 |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/09 | 300.00 | Deposit | 033593001 |

#### ATM Deposits and Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/08 | 13,748.00 | ATM Deposit 923 E Gurley St Prescott Az | 79519084 PNC PJ7797 |
| 09/09 | 2,239.00 | ATM Deposit 923 E Gurley St Prescott Az | 80694906 PNC PJ7797 |
| 09/09 | 550.00 | ATM Deposit 923 E Gurley St Prescott Az | 80694863 PNC PJ7797 |
| 09/11 | 7,072.00 | ATM Deposit | 008069 PNC PJ7797 |
| 09/11 | 600.00 | ATM Deposit | 008068 PNC PJ7797 |
| 09/16 | 3,665.00 | ATM Deposit 923 E Gurley St Prescott Az | 86312462 PNC PJ7797 |
| 09/16 | 626.28 | ATM Deposit 923 E Gurley St Prescott Az | 86312476 PNC PJ7797 |
| 09/17 | 2,198.00 | ATM Deposit 923 E Gurley St Prescott Az | 87299592 PNC PJ7797 |

ATM Deposits and Additions continued on next page

## ATM Deposits and Additions - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/18 | 6,517.00 | ATM Deposit 923 E Gurley St Prescott Az | 88274207 PNC PJ7797 |
| 09/21 | 1,995.00 | ATM Deposit 923 E Gurley St Prescott Az | 70941629 PNC PJ7797 |
| 09/23 | 649.00 | ATM Deposit 923 E Gurley St Prescott Az | 72713809 PNC PJ7797 |
| 09/23 | 480.00 | ATM Deposit 923 E Gurley St Prescott Az | 72713656 PNC PJ7797 |
| 09/28 | 7,182.76 | ATM Deposit 923 E Gurley St Prescott Az | 75552823 PNC PJ7797 |
| 09/30 | 1,350.00 | ATM Deposit 923 E Gurley St Prescott Az | 78329069 PNC PJ7797 |
| 09/30 | 400.00 | ATM Deposit 923 E Gurley St Prescott Az | 78329093 PNC PJ7797 |

## ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/02 | 259.80 | Corporate ACH Transfer Stripe St-D7V9L3Z6Y8A1 | 00026244018994758 |
| 09/02 | 200.00 | Corporate ACH Mtot Dep Bankcard 422369922503553 | 00026244017696971 |
| 09/03 | 937.69 | Corporate ACH Mtot Dep Bankcard 422369922503553 | 00026245019097920 |
| 09/04 | 242.45 | Corporate ACH Transfer Stripe St-F6S4I2P1D9R2 | 00026246009874995 |
| 09/08 | 1,203.85 | Corporate ACH Mtot Dep Bankcard 422369922503553 | 00026247006308637 |
| 09/09 | 1,798.08 | Corporate ACH Mtot Dep Bankcard 422369922503553 | 00026251021379696 |
| 09/10 | 107.69 | Corporate ACH Mtot Dep Bankcard 422369922503553 | 00026252012805742 |
| 09/10 | 663.81 | Corporate ACH Transfer Stripe St-N9L0T9R8B6T6 | 00026253005163392 |
| 09/11 | 1,348.08 | Corporate ACH Mtot Dep Bankcard 422369922503553 | 00026253011391983 |
| 09/14 | 3,388.08 | Corporate ACH Mtot Dep Bankcard 422369922503553 | 00026254009365611 |
| 09/14 | 776.50 | Corporate ACH Transfer Stripe St-M0H3T5K5L9U0 | 00026257005920656 |
| 09/16 | 408.65 | Corporate ACH Mtot Dep Bankcard 422369922503553 | 00026258011198856 |
| 09/17 | 2,087.50 | Corporate ACH Mtot Dep Bankcard 422369922503553 | 00026259011325396 |
| 09/18 | 539.42 | Corporate ACH Mtot Dep Bankcard 422369922503553 | 00026260010733198 |
| 09/21 | 1,986.16 | Corporate ACH Mtot Dep Bankcard 422369922503553 | 00026261007785617 |
| 09/22 | 1,221.16 | Corporate ACH Mtot Dep Bankcard 422369922503553 | 00026264009143689 |
| 09/23 | 206.00 | Corporate ACH Mtot Dep Bankcard 422369922503553 | 00026265007124836 |
| 09/24 | 547.69 | Corporate ACH Mtot Dep Bankcard 422369922503553 | 00026266016189755 |
| 09/25 | 275.00 | Corporate ACH Mtot Dep Bankcard 422369922503553 | 00026267014107997 |
| 09/28 | 3,580.43 | Corporate ACH Mtot Dep Bankcard 422369922503553 | 00026268011406930 |
| 09/29 | 1,385.08 | Corporate ACH Mtot Dep Bankcard 422369922503553 | 00026271013700458 |
| 09/30 | 2,172.60 | Corporate ACH Transfer Stripe St-H6A5F7Q1G8R8 | 00026272014349435 |

## Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/09 | 3.00 | Paper Statement Fee Refund | 00005720 |
| 09/21 | 6,000.00 | Online Transfer From XXXXX9039 | |

## Checks and Other Deductions

### Checks and Substitute Checks

* Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/14 | 182 * | 3,000.00 | 018917839 | 09/14 | 184 * | 1,000.00 | 018917840 | 09/30 | 354 * | 220.00 | 015919666 |

### Debit Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/08 | 43.68 | 3207 Debit Card Purchase Amazon Mktpl*5310G0M80 Amzn.com/bi Wa | 76529880039153207251 |

Debit Card Purchases continued on next page

## Debit Card Purchases - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/09 | 120.20 | 3207 Debit Card Purchase Amazon Mktpl*531997Qo2 Amzn.com/bi Wa | 22481880039153207252 |
| 09/09 | 1,373.09 | 3207 Debit Card Purchase Sp Ceramicpro Direct Ceramicprod Ca | 22480880039153207252 |
| 09/10 | 56.99 | 3207 Debit Card Purchase 44Tools 44Tools.Com O | 62828880039153207253 |
| 09/11 | 21.51 | 3207 Debit Card Purchase Amazon.com*5L8S98Cf2 Amzn.com/bi Wa | 83510880039153207254 |
| 09/11 | 19.24 | 9060 Debit Card Purchase Fedex Office 1644 Prck Prescott Az | 99997880098579060254 |
| 09/14 | 609.28 | 3207 Debit Card Purchase Swc Downtown Paint &Bo Prescott Az | 38453880039153207256 |
| 09/14 | 1,014.57 | 3207 Debit Card Purchase Sp Ceramicpro Direct Ceramicprod Ca | 38451880039153207256 |
| 09/14 | 34.96 | 3207 Debit Card Purchase Sp Ceramicpro Direct Ceramicprod Ca | 38452880039153207256 |
| 09/14 | 77.64 | 3207 Debit Card Purchase Amazon Mktpl*5L2Xi40U0 Amzn.com/bi Wa | 38454880039153207256 |
| 09/15 | 155.95 | 3207 Debit Card Purchase Detailedimage.Com 518-8618811 NY | 20242880039153207258 |
| 09/16 | 495.00 | 3207 Debit Card Purchase Goettls High Desert Me 928-5672200 Az | 38907880039153207259 |
| 09/22 | 345.99 | 3207 Debit Card Purchase Sp Ceramicpro Direct Ceramicprod Ca | 50018880039153207265 |
| 09/24 | 25.00 | 9060 Debit Card Purchase Optemyz Solutions Optemyz.Com Co | 73505880098579060267 |
| 09/28 | 109.29 | 3207 Debit Card Purchase Amazon.com*5X5Zz11H2 Amzn.com/bi Wa | 57837880039153207270 |
| 09/28 | 1,194.38 | 3207 Debit Card Purchase Sp Ceramicpro Direct Ceramicprod Ca | 57836880039153207270 |
| 09/28 | 655.80 | 3207 Debit Card Purchase Eastman Films Llc 844-9942673 Mo | 57838880039153207270 |
| 09/28 | 34.97 | 3207 Debit Card Purchase Amazon Mktpl*5X28Q4Ux0 Amzn.com/bi Wa | 06325880039153207271 |

## POS Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/03 | 75.94 | POS Purchase Tesla, Inc. www.tesla.co Az | POS00144438 1393202 |
| 09/04 | 21.71 | POS Purchase Frys Fuel #707 Prescott Az | POS99999999 1590215 |
| 09/11 | 59.09 | POS Purchase Twin Lakes Prescott Az | POS002V8V04 1497183 |
| 09/14 | 87.39 | POS Purchase Amazon.Com*5L0 Seattle Wa | POS00000000 4514779 |
| 09/25 | 57.04 | POS Purchase Frys Fuel #707 Prescott Az | POS99999999 1550181 |
| 09/29 | 217.51 | POS Purchase Lowe's #11 Prescott Az | POS001 1255493 |

## ATM/Misc. Debit Card Transactions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/01 | 25.00 | 9060 Recurring Debit Card Optemyz Solutions Optemyz.Com Co | 06683880098579060244 |
| 09/03 | 25.00 | 9060 Recurring Debit Card Optemyz Solutions Optemyz.Com Co | 11394880098579060246 |

ATM/Misc. Debit Card Transactions continued on next page

## ATM/Misc. Debit Card Transactions - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/08 | 25.00 | 9060 Recurring Debit Card Optemyz Solutions Optemyz.Com Co | 65401880098579060249 |
| 09/08 | 25.00 | 9060 Recurring Debit Card Optemyz Solutions Optemyz.Com Co | 88242880098579060251 |
| 09/09 | 18.36 | 9060 Recurring Debit Card Sqsp* Worksp#25007822 Squarespace NY | 37177880098579060252 |
| 09/10 | 25.00 | 9060 Recurring Debit Card Optemyz Solutions Optemyz.Com Co | 78968880098579060253 |
| 09/11 | 25.00 | 9060 Recurring Debit Card Optemyz Solutions Optemyz.Com Co | 99998880098579060254 |
| 09/15 | 25.00 | 9060 Recurring Debit Card Optemyz Solutions Optemyz.Com Co | 35039880098579060258 |
| 09/17 | 25.00 | 9060 Recurring Debit Card Optemyz Solutions Optemyz.Com Co | 27610880098579060260 |
| 09/21 | 25.00 | 9060 Recurring Debit Card Optemyz Solutions Optemyz.Com Co | 93606880098579060263 |
| 09/23 | 25.00 | 9060 Recurring Debit Card Optemyz Solutions Optemyz.Com Co | 18350880098579060266 |
| 09/24 | 15.00 | 9060 Recurring Debit Card Sqsp* Domain#25206617 Squarespace NY | 73504880098579060267 |
| 09/28 | 25.00 | 9060 Recurring Debit Card Optemyz Solutions Optemyz.Com Co | 88241880098579060270 |
| 09/30 | 25.00 | 9060 Recurring Debit Card Optemyz Solutions Optemyz.Com Co | 13042880098579060273 |

## ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/01 | 225.34 | Corporate ACH Mtot Disc Bankcard 422369922503553 | 00026244012628843 |
| 09/01 | 39.99 | Corporate ACH Sale Callteks Inc. | 00026244015396197 |
| 09/02 | 3,615.67 | Corporate ACH Web Pmts Arizona Commerci 6R25Fg | 00026244017116258 |
| 09/02 | 1,966.51 | Corporate ACH Web Pmts Arizona Commerci V655Fg | 00026244017116259 |
| 09/03 | 182.78 | ACH Web Webpayment Puretecindustria | 00026245018237218 |
| 09/04 | 1,589.00 | Corporate ACH Sale Optemyz Solution | 00026247005788689 |
| 09/08 | 551.34 | ACH Web-Recur Purchase Google US004Dvhok | 00026251011447440 |
| 09/08 | 244.29 | ACH Web-Recur Purchase Google US004Duvw2 | 00026251011447609 |
| 09/08 | 95.07 | ACH Debit Snap Pmt Uns Gas Corporat XXXXXX9583 | 00026247008452338 |
| 09/08 | 51.28 | Corporate ACH Quench USA Quench USA, Inc. M121810099907 | 00026247004692383 |
| 09/08 | 29.42 | ACH Web Webpayment Crexendo | 00026247008541714 |
| 09/09 | 857.28 | ACH Tel Payment Bank Of America x4zedbovn | 00026251020845968 |
| 09/09 | 770.00 | Corporate ACH Purchase Edge Tax & Accou C67D8Klzkdlw8Rz | 00026251022877165 |
| 09/09 | 131.91 | ACH Web Apiew_pymt Sparklightacp 994364383 | 00026251020917035 |
| 09/11 | 45.48 | Corporate ACH Clover Fee Clover Fees 1036073 | 00026253010843170 |
| 09/14 | 326.00 | ACH Web Attune Ins Attune Insurance St-K7X5F3Z2N2Z2 | 00026257006034511 |
| 09/17 | 346.67 | ACH Debit Pekin EFT Pekin Ins. 11984830 | 00026259013551128 |

ACH Deductions continued on next page

## ACH Deductions - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/28 | 350.00 | Zel To Maria Olivarria | PNCAA0dfF24a |
| 09/28 | 2,000.00 | ACH Web-Recur Purchase Google US004E1Agj | 00026271007391933 |
| 09/29 | 882.99 | ACH Debit Payments Aps Electric Pmt XXXXXX3610 | 00026271008084630 |

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/08 | 5,000.00 | Online Transfer To XXXXX9039 | 00120947 |
| 09/10 | 10,000.00 | Online Transfer To XXXXX9039 | 00034923 |
| 09/11 | 4,000.00 | Online Transfer To XXXXX9039 | 00023895 |
| 09/14 | 6,000.00 | Online Transfer To XXXXX9039 | 00076868 |
| 09/16 | 5,000.00 | Online Transfer To XXXXX9039 | 00000495 |
| 09/21 | 12,000.00 | Online Transfer To XXXXX9039 | 00069184 |
| 09/22 | 10,000.00 | Online Transfer To XXXXX9039 | 00003723 |
| 09/30 | 6,000.00 | Online Transfer To XXXXX9039 | 00037257 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 10/01/2026 and will appear on your next statement as a single line item entitled Service Charge Period Ending 09/30/2026.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Monthly Account Maintenance Fee | | .00 | Requirements Met |
| Monthly Combined Transactions | 81 | .00 | Included in Account |
| ACH Credits | 22 | .00 | |
| ACH Debits | 19 | .00 | |
| Checks Paid | 3 | .00 | |
| Deposited Item - Consolidated | 36 | .00 | |
| Deposit Tickets Processed | 1 | .00 | |
| Monthly Cash Deposit Volume | 3 | .00 | Included in Account |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

# Premium Business Money Market

PNC Bank

PNC BANK
PO Box 609
Pittsburgh, PA 15230-9738

**For the Period 09/01/2026 to 09/30/2026**

Primary Account Number: XX-XXXX-9039

Number of enclosures: 0

IMMACULATE DETAIL LLC CASE #26-03016
DEBTOR IN POSSESSION
STE 2
6720 CORSAIR AVE
PRESCOTT AZ 86301

PNC Online Banking is an easy and convenient way to manage your cash flow 24 hours a day, 7 days a week. Enroll in Online Banking by visiting PNC.com/Enroll.

For customer service call 1-877-287-2654
PNC accepts Telecommunications Relay Service (TRS) calls.
Para servicio en espanol, 1-877-287-2654

**Moving?** Please contact your local branch

PO Box 609
Pittsburgh, PA 15230-9738
Visit us at PNC.com/smallbusiness

---

IMPORTANT DEPOSIT TRANSACTION INFORMATION

Effective November 9, 2026, PNC will update the process for over-the-counter cash deposits of $1,000 or more into PNC Business deposit accounts. Depositors on behalf of a business will first be asked to authenticate as a PNC customer. If a relationship with PNC cannot be verified, the depositor will be required to provide valid identification, name, date of birth, and address before the deposit can be processed.

Businesses that frequently conduct cash deposits may wish to discuss alternative deposit solutions with their banker. For more information, visit your local PNC branch or contact the Business Banking Customer Care Team, your Treasury Advisor, Relationship Manager or Treasury Management Client Care.

Business Banking Customers call 1-877-BUS-BNKG (287-2654)

Treasury Management Clients call 1-800-669-1518

---

IMPORTANT ACCOUNT INFORMATION

Effective October 1, 2026, charges for Branch Initiated Wire services will be reduced.

The updated fees are as follows:

>Outgoing Domestic: Decreasing from $95 per item to $50 per item
>Outgoing Book Transfer: Decreasing from $70 per item to $50 per item
>Outgoing International Same Currency: Decreasing from $135 per item to $65 per item
>Outgoing International Cross Currency: Decreasing from $110 per item to $65 per item

---

IMPORTANT ACCOUNT INFORMATION

Effective January 1, 2027, charges for ACH Credit/Debit Received services will change.

The updated fee is as follows:

>ACH Credit/Debit Received: Increasing from $0.22 per item to $0.25 per item

We would be happy to review the changes that are applicable to your account and discuss other options that may address the evolving needs of your business. If you are interested in a review of your account or service

fees, please contact your Relationship Manager.

IMPORTANT ACCOUNT INFORMATION

Effective January 1, 2027, charges for Treasury Management services including PINACLE and/or Online Banking, services such as electronic payments and wires, receiving incoming payments, fraud solutions and reporting tools may change. Your service charges and any changes are based on the combination of solutions for your account(s).

Please look at your statements for your services and fees and contact your Treasury Advisor or Relationship Manager if you would like to review the changes applicable to your account.

## Premium Business Money Market Summary

Account number: XX-XXXX-9039

IMMACULATE DETAIL LLC CASE #26-03016
DEBTOR IN POSSESSION

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 33,933.68 | 58,133.07 | 35,278.22 | 56,788.53 |

| Average ledger balance | Average collected balance |
|---|---|
| 45,941.89 | 45,941.89 |

## Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest paid this period | Interest paid year-to-date |
|---|---|---|---|---|
| 3.50 | 30 | 45,941.89 | 130.07 | 572.67 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Other Additions | 10 | 58,133.07 |
| Total | 10 | 58,133.07 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| ACH Deductions | 14 | 29,274.92 |
| Service Charges and Fees | 1 | 3.30 |
| Other Deductions | 1 | 6,000.00 |
| Total | 16 | 35,278.22 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 09/01 | 33,930.38 | 09/11 | 38,628.42 | 09/22 | 65,248.57 |
| 09/08 | 38,930.38 | 09/14 | 44,628.42 | 09/25 | 50,658.46 |
| 09/09 | 38,537.29 | 09/16 | 49,628.42 | 09/30 | 56,788.53 |
| 09/10 | 48,537.29 | 09/21 | 55,628.42 | | |

## Activity Detail

### Deposits and Other Additions

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/08 | 5,000.00 | Online Transfer From XXXXX4095 | |
| 09/09 | 3.00 | Paper Statement Fee Refund | 00006040 |
| 09/10 | 10,000.00 | Online Transfer From XXXXX4095 | |
| 09/11 | 4,000.00 | Online Transfer From XXXXX4095 | |
| 09/14 | 6,000.00 | Online Transfer From XXXXX4095 | |
| 09/16 | 5,000.00 | Online Transfer From XXXXX4095 | |

Other Additions continued on next page

## Other Additions - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/21 | 12,000.00 | Online Transfer From XXXXX4095 | |
| 09/22 | 10,000.00 | Online Transfer From XXXXX4095 | |
| 09/30 | 6,000.00 | Online Transfer From XXXXX4095 | |
| 09/30 | 130.07 | Interest Payment | I-GEN126093000008027 |

## Checks and Other Deductions

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/09 | 396.09 | Corporate ACH ACH Pulls Mid Atlantic TR Ma001995 | 00026251018359462 |
| 09/11 | 3,530.22 | Corporate ACH Tax Intuit 04211944 18402505 | 00026254003967519 |
| 09/11 | 2,633.33 | Corporate ACH Payroll Intuit 03194210 18402505 | 00026254003956893 |
| 09/11 | 2,518.23 | Corporate ACH Payroll Intuit 03194210 18402505 | 00026254003956892 |
| 09/11 | 1,893.62 | Corporate ACH Payroll Intuit 03194210 18402505 | 00026254003956895 |
| 09/11 | 1,815.98 | Corporate ACH Payroll Intuit 03194210 18402505 | 00026254003956891 |
| 09/11 | 1,517.49 | Corporate ACH Payroll Intuit 03194210 18402505 | 00026254003956894 |
| 09/22 | 379.85 | Corporate ACH ACH Pulls Mid Atlantic TR Ma001995 | 00026264006800388 |
| 09/25 | 3,792.76 | Corporate ACH Tax Intuit 59926403 18402505 | 00026268006690263 |
| 09/25 | 3,136.24 | Corporate ACH Payroll Intuit 04695799 18402505 | 00026268006684306 |
| 09/25 | 2,633.33 | Corporate ACH Payroll Intuit 04695799 18402505 | 00026268006684308 |
| 09/25 | 1,893.61 | Corporate ACH Payroll Intuit 04695799 18402505 | 00026268006684307 |
| 09/25 | 1,765.79 | Corporate ACH Payroll Intuit 04695799 18402505 | 00026268006684305 |
| 09/25 | 1,368.38 | Corporate ACH Payroll Intuit 04695799 18402505 | 00026268006684309 |

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/01 | 3.30 | Service Charge Period Ending 08/31/2026 | |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/21 | 6,000.00 | Online Transfer To XXXXX4095 | 00079445 |

### Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 10/01/2026 and will appear on your next statement as a single line item entitled Service Charge Period Ending 09/30/2026.

| Description | Volume | Amount | |
|---|---|---|---|
| Monthly Account Maintenance Fee | | .00 | Requirements Met |
| ACH Debits | 14 | 3.08 | |
| Total For Services Used This Period | | 3.08 | |
| Total Service Charge | | 3.08 | |