SO ORDERED.

Dated: November 4, 2026

Eddward P. Ballinger Jr., Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>IMMACULATE DETAIL LLC,<br><br>Debtor. | In Proceedings Under Chapter 11 Subchapter V<br><br>Case No. 3:26-bk-03016-EPB<br><br>**ORDER APPROVING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF FEES AND EXPENSES FOR SUBCHAPTER V TRUSTEE** |

This matter came before the Court pursuant to the *First and Final Application for Compensation and Reimbursement of Fees and Expenses for Subchapter V Trustee* (the "Application") filed on September 10, 2026 at ECF docket number 74 by Subchapter V Trustee Joseph E. Cotterman (the "SVT") for professional fees and expenses rendered in the course of his duties as SVT from March 30, 2026 through September 10, 2026 (the "Application Period"). Pursuant to the Application, 11 U.S.C. §§330, 503(a) and (b), Fed.R.Bankr.P. 2016(a), and L.R.Bankr.P. 2002-2, and 9013-1(l), the Application seeks final approval and payment of the SVT's fees for services rendered and expenses incurred in a total amount not to exceed $5,950.00.

The Court has considered the Application and the *Certificate of Service And No Objection, Notice of Lodging, Supplemental Declaration of Costs, and Request for Entry of Order* (the "Declaration and Request") filed by the SVT on October 7, 2026 at ECF docket number 84. The Court finds and concludes the following:

Based on the foregoing, and for good cause,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Application is approved.

2. Pursuant to 11 U.S.C. § 330(a)(1), SVT's fees in the amount of $5800.00 and expenses in the amount of $24.25 incurred in the course of his duties as SVT in these cases between March 30, 2026 and September 10, 2026, in the aggregate amount of $5,824.25, are approved and allowed on a final basis.

3. Debtor is authorized and directed to: i) immediately pay to the SVT the approved fees and expenses to the extent of funds earmarked for payment to the SVT and held by Debtor's counsel pursuant to prior Order of this Court entered at ECF docket number 64; and, ii) pay to the SVT the remaining amounts awarded hereunder pursuant to the terms of its confirmed Plan, provided that such payment does not prejudice payment of other allowed and approved claims of equal or higher priority.

**SIGNED AND DATED ABOVE.**